Joyce DAVIS, Plaintiff–Appellant,

v.

VIRGINIA COMMONWEALTH UNIVERSITY/MEDICAL COLLEGE OF VIRGINIA; Michael Oliver, individually and in his official capacity as Nurse Manager, Virginia Commonwealth University, Defendants–Appellees,

and

Amy Nechamkin, individually and in her official capacity as Office Manager, Psychiatry Department, Virginia Commonwealth University, Defendant.

Joyce Davis, Plaintiff–Appellee,

v.

Virginia Commonwealth University/Medical College of Virginia, Defendant–Appellant,

and

Amy Nechamkin, individually and in her official capacity as Office Manager, Psychiatry Department, Virginia Commonwealth University; Michael Oliver, individually and in his official capacity as Nurse Manager, Virginia Commonwealth University, Defendants.

Nos. 00–1023, 00–1062.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 9, 2001.

Beverly D. Crawford, Richmond, VA, for appellant. Mark L. Earley, Attorney General of Virginia, Judith W. Jagdmann, Deputy Attorney General, Guy W. Horsley, Jr., Senior Assistant Attorney General and Chief, Sydney E. Rab, Assistant Attorney General, Pamela F. Boston, Special Assistant Attorney General, Richmond, VA, for appellees.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

In No. 00–1023, Joyce Davis appeals the district court's order granting summary judgment for Defendants in her suit under the Americans with Disabilities Act. In No. 00–1062, Defendants cross appeal the denial of Eleventh Amendment immunity. We previously granted Davis's motion to submit the case without oral argument. Regarding the merits of Davis's suit, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm Davis's appeal on the reasoning of the district court. *Davis v. Virginia Commonwealth Univ.*, No. CA–96–496 (E.D.Va. Dec. 14, 1999). Because this ruling disposes of the case, we decline to address the Eleventh Amendment issue and, therefore, dismiss Defendants' appeal.

*AFFIRMED.*

*DISMISSED.*